# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                                       Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

   *Defendants*.

_____/

## **NOTICE**

Florida has obtained a copy of the challenged policy from counsel for DHS and attaches it here. *See* Ex. 1. Florida responded to that email attaching this Court's order, Doc. 3.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL

Joseph E. Hart (FBN 124720)
COUNSELOR TO THE ATTORNEY GENERAL

Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I certify that on May 11, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system and furnished by US Mail to:

Alejandro Mayorkas
Secretary of Homeland Security
U.S. Department of Homeland Security
Office of the General Counsel
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-0485

United States of America
c/o United States Attorney's Office
Northern District of Florida
Civil Process Clerk - Pensacola Division
21 East Garden Street, Suite 400
Pensacola, FL 32502

Raul Ortiz
Chief, United States Border Patrol
U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue NW, Suite 4.4-B
Washington, D.C. 20229

U.S. Department of Justice
Justice Management Division
950 Pennsylvania Ave., N.W.
Room 1111
Washington, DC 20530

                                                                */s/ James H. Percival*
                                                                Chief of Staff