UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v().    Case No. 3:23-cv-9962

ALEJANDRO MAYORKAS;
et. al,

    Defendants.
_____

### NOTICE OF APPEARANCE

Undersigned counsel respectfully notifies the Court and all parties of the entry of his appearance on behalf of all Defendants for the limited purpose of receiving electronic service of documents. Defendants due not concede that venue is proper in this forum, that the Court has personal jurisdiction over Defendants or subject matter jurisdiction over this dispute, or that any of Plaintiffs' claims have merit.

The contact information for undersigned counsel is:

    JOSEPH A. DARROW
    Trial Attorney
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation-DCS
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044

1

Telephone: (202) 598-7537
Facsimile: (202) 305-7000
e-Mail: joseph.a.darrow@usdoj.gov

Date:  May 11, 2023

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-7537
Joseph.a.darrow@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division