UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>ALEJANDO MAYORKAS, )<br>)<br>*Defendants.* )<br>) | Civil Action No. 3:23-cv-09962 |

## REQUEST FOR EXTENSION AND NOTICE

Defendants are in receipt of Plaintiffs' complaint and motion for temporary restraining order, ECF Nos. 1, 2. The Complaint alleges the government has implemented a "new policy" concerning releases at the southern border. ECF 1, ¶ 8. The government has this morning, after conferring with Plaintiffs, shared this policy with Plaintiffs, and it is also attached to this filing. *See* Ex. 1, "Policy on Parole with Conditions in Limited Circumstances Prior to the Issuance of a Charging Document (Parole with Conditions)." That policy went into effect May 10, 2023, and is currently operative. *Id.*

The government is in receipt of the Court's order to file a response by 4 p.m. eastern today. To allow the government to submit a responsive pleading and appropriate declaration in support of its response, the government respectfully requests it be allowed until 2 P.M. eastern, Friday Mary 12, to file its submission.

Date:  May 11, 2023                      Respectfully submitted,

JASON R. CODY                            BRIAN M. BOYNTON
*Acting United States Attorney*          *Principal Deputy Assistant Attorney General*

MARIE A. MOYLE                           WILLIAM C. PEACHEY
*Assistant United States Attorney*       *Director*
Northern District of Florida             Office of Immigration Litigation
                                         District Court Section

                                         EREZ REUVENI
                                         *Assistant Director*

                                         /s/ *Joseph A. Darrow*
                                         JOSEPH A. DARROW
                                         *Trial Attorney*
                                         U.S. Department of Justice
                                         Civil Division
                                         Office of Immigration Litigation
                                         District Court Section
                                         P.O. Box 868, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel.: (202) 805-7537
                                         Joseph.a.darrow@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                        By: <u>*/s/ Joseph A. Darrow*</u>
                        JOSEPH A. DARROW
                        Trial Attorney
                        United States Department of Justice
                        Civil Division