# James Percival

| | |
|---|---|
| **From:** | James Percival |
| **Sent:** | Friday, May 12, 2023 4:36 PM |
| **To:** | Reuveni, Erez R. (CIV); Darrow, Joseph A. (CIV); Fudim, Elissa P. (CIV); Ryan, Erin T. (CIV) |
| **Cc:** | Joseph Hart; Anita Patel; John Guard; Natalie Christmas |
| **Subject:** | RE: FL v. Mayorkas |

Understood, Erez. We are filing shortly.

Regarding converting the TRO, we oppose. Florida bears the burden of establishing all prerequisites for a PI. The only motion we have filed was prepared in mere hours and before we received a copy of the relevant policy. It would be highly prejudicial to Florida to go up on appeal on this record over our opposition. We are not in a position at this time to exhaustively state everything we would want in a PI record. But we would certainly at a minimum want some of the evidence from our previous case formally put in front of the court.

**From:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Sent:** Friday, May 12, 2023 3:45 PM
**To:** James Percival <James.Percival@myfloridalegal.com>; Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: FL v. Mayorkas

Thanks. We are not going to have a response by 4, that's all I can tell you. Also we need your official position on whether you oppose a motion to convert the TRO to a PI, which we will be filing today.

We are happy to discuss what it is you think you need to get into the record that prevents you from agreeing to conversion, although we may not agree, but at a minimum we should discuss that.

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Friday, May 12, 2023 3:43 PM
**To:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>; Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** [EXTERNAL] RE: FL v. Mayorkas

We are planning to ask the Court to expedite your response to 10 a.m. Monday. We want to file during business hours to make sure he sees that request before he goes home today. If you will now agree to expedite your response, we can hold the filing pending conferral. Otherwise, we will have to go forward.

**From:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Sent:** Friday, May 12, 2023 3:16 PM
**To:** James Percival <James.Percival@myfloridalegal.com>; Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: FL v. Mayorkas

Thanks. we will need to discuss your prior requests some here, and may not be able to get you a response by 4 PM.

---

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Friday, May 12, 2023 2:50 PM
**To:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>; Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** [EXTERNAL] RE: FL v. Mayorkas

Hi Erez,

We have discussed, and we are not interested in doing so. We think it is important that the appellate courts have a record to review. At the time we filed our brief, DHS had not even produced the policy to us.

Jimmy

---

**From:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Sent:** Friday, May 12, 2023 2:37 PM
**To:** James Percival <James.Percival@myfloridalegal.com>; Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: FL v. Mayorkas

Jimmy,

Before we address these items, we have a proposal of our own, which might obviate the need to address all or some of this. Would you be amenable to just converting the TRO into a pi as the court proposed we do in FN 9? Obviously this case ends in the court of appeals or beyond, so that tee things up for moving forward there. And since Judge Wetherell was pretty clear in how he views things, further briefing isn't going to move the needle on anything in this particular case.

Erez

---

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Friday, May 12, 2023 11:45 AM
**To:** Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** [EXTERNAL] RE: FL v. Mayorkas

Joe,

I write to confer with you regarding our hearing on May 19. I believe we have several issues to discuss.

First, while we are prepared to go forward with an evidentiary hearing if DHS prefers, we do not believe one is necessary. We plan to offer transcripts and evidence from our previous case. We believe the court's findings in our previous case have preclusive effect, but at a minimum the evidence from our previous case is admissible at the PI

stage under Eleventh Circuit law (the FRE do not apply). As such, we propose using the hearing for oral argument only.

Second, we request that you produce a copy of the administrative record by Wednesday at 11:59 pm Eastern. We think the AR should be available to the court at the hearing. That is consistent with the position DHS vehemently advanced in the previous case.

Third, and relatedly, we request that you withdraw the declaration for purposes of the PI. If you will not, we plan to seek a deposition of the declarant. John Guard is available to take a deposition on Monday, Tuesday, or Thursday. Let us know which date works best.

Please get back to us on these issues by **today at 4 pm**. On #2 and #3, if you are unwilling to agree to our terms, please also provide your position regarding a motion seeking the same. We are available to confer by phone today, but we will not delay our filing given its time sensitive nature.

Thank you,

Jimmy

---

**From:** James Percival
**Sent:** Thursday, May 11, 2023 11:43 AM
**To:** Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: FL v. Mayorkas

Thanks, Joe. Please see attached.

---

**From:** Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>
**Sent:** Thursday, May 11, 2023 11:37 AM
**To:** James Percival <James.Percival@myfloridalegal.com>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: FL v. Mayorkas

Hi Jimmy,

Thanks for sending.

In response to your inquiry yesterday, please see the attached memorandum.

Best,

Joe

---

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Thursday, May 11, 2023 10:15 AM
**To:** Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>

**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** [EXTERNAL] RE: FL v. Mayorkas

Please see attached.

---

**From:** James Percival
**Sent:** Wednesday, May 10, 2023 9:13 PM
**To:** Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: FL v. U.S. - 3:21-cv-1066 (N.D. Fla.)

Hi Joe,

We have been seeking answers on DHS's plans since Tuesday morning, ever since these disturbing plans began to emerge. Those plans appear to us to be both plainly unlawful and possibly in violation of the Court's order. We have received almost no information from you, even though DHS is freely sharing detailed plans with an NBC reporter via a "DHS spokesperson."

Please see the attached Complaint filed in a new action against DHS officials. While we seek to effect formal service of process of the summons and Complaint, please let me know if you will accept email service of other filings.

Jimmy

---

**From:** Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>
**Sent:** Wednesday, May 10, 2023 7:57 PM
**To:** James Percival <James.Percival@myfloridalegal.com>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: FL v. U.S. - 3:21-cv-1066 (N.D. Fla.)

Hi Jimmy,

We are looking into this and will get back to you on it as soon as we can.

Best,

Joe

---

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Wednesday, May 10, 2023 5:29 PM
**To:** Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** [EXTERNAL] RE: FL v. U.S. - 3:21-cv-1066 (N.D. Fla.)

Joe,

Please see the statements from a DHS spokesperson in the below article. We request a copy of this new policy ASAP.

https://www.nbcnews.com/politics/biden-admin-plans-order-release-migrants-us-no-way-track-rcna83704

Jimmy

---

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Tuesday, May 9, 2023 8:17 PM
**To:** Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** Re: FL v. U.S. - 3:21-cv-1066 (N.D. Fla.)

Joe,

That memo is not a processing mechanism. It is guidance regarding how to exercise existing mechanisms.

Is DHS's position that this is an application of the parole authority, or does DHS view this as prosecutorial discretion?

Jimmy

---

**From:** Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>
**Sent:** Tuesday, May 9, 2023 7:32:10 PM
**To:** James Percival <James.Percival@myfloridalegal.com>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: FL v. U.S. - 3:21-cv-1066 (N.D. Fla.)

Hi Jimmy,

We hope you all have been well too.

We looked into this, and DHS has informed us that the activity referenced in those media reports is occurring pursuant to the policy described in the May 19, 2022 memorandum from Chief Raul Ortiz, "Noncitizen Releases from U.S. Border Patrol Custody," which we produced in discovery and which your colleague questioned Ortiz about in his deposition (Exhibit 3).

Best,

Joe


**Joseph A. Darrow**
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Liberty Square Building
450 5th Street, NW

Washington, DC 20530-0001
Mobile:
joseph.a.darrow@usdoj.gov

---

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Tuesday, May 9, 2023 11:51 AM
**To:** Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>
**Cc:** Joseph Hart <Joseph.Hart@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; John Guard <John.Guard@myfloridalegal.com>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** [EXTERNAL] FL v. U.S. - 3:21-cv-1066 (N.D. Fla.)

Hi all,

I hope you are well and have enjoyed some rest since our trial.

As you know, the Court vacated DHS's Parole + ATD policy and remanded to the agency for "further proceedings consistent with this Opinion and Order." *See* Doc. 157 at 108. That Order found the Parole + ATD policy contrary to law, arbitrary and capricious, and subject to notice and comment.

The reason I am writing is to seek an update on those "further proceedings." We are not aware of any new release policy published in the Federal Register for notice and comment since the Court ruled. As such, we do not believe that DHS could have promulgated any new release policy applicable to Border Patrol that is "consistent with" the Court's order. Based on DHS's representations at trial, that would leave Orders of Recognizance under Section 1226(a) as the only release mechanism available to Border Patrol to deal with periods of high border traffic.

According to media reports, Border Patrol decided last night that it will begin something called "'safe' street releases of migrants to communities across [the] border." https://twitter.com/BillFOXLA/status/1655918436835368962. Can you please confirm that all such releases by Border Patrol will be under Section 1226(a) following the initiation of removal proceedings?

If you cannot provide that confirmation, please provide a copy of the policy Border Patrol plans to rely on for these releases.

Please get back to us by Thursday COB.

Thank you,

Jimmy



James H. Percival
Chief of Staff
Office of the Attorney General
PL-01 The Capitol │ Tallahassee, FL 32399-1050
Tel.: (850) 414-3300
E-mail: james.percival@myfloridalegal.com