UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

  Plaintiff,

v.                                                                   Case No. 3:23cv9962-TKW-ZCB

**ALEJANDRO MAYORKAS**, et al.,

  **Defendants**.
_____/

## ORDER TO SHOW CAUSE

It has come to the Court's attention that there are published news reports stating that DHS "paroled" 2,500 aliens <u>after</u> the Court entered its temporary restraining order.  *See* Stephen Dinan, "Border Patrol paroled 2,500 migrants after judge's ruling halting program," *Washington Times*, May 14, 2023.[1]  The Court takes everything it reads in the media with a healthy degree of skepticism—whether it is in the *Washington Times*, the *Washington Post*, or anywhere else—so it is possible that the article is inaccurate.  However, the Court takes allegations of noncompliance with its orders very seriously, irrespective of the source of the allegations.

Accordingly, it is **ORDERED** that no later than 2:00 p.m. central time today, Defendants shall file a report with the Court addressing the allegations in the article

---

[1] *See* https://www.washingtontimes.com/news/2023/may/14/border-patrol-paroled-2500-migrants-after-judges-r/.

referenced above, and if the allegations are true, Defendants shall show cause why they should not be held in contempt for violating the temporary restraining order.

**DONE and ORDERED** this 15th day of May, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**