# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

|  |  |
|---|---|
| STATE OF FLORIDA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-09962 |
| ) | |
| ALEJANDRO MAYORKAS, ) | NOTICE OF APPEARANCE |
| *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

Undersigned counsel respectfully notifies the Court and all parties of the entry of her appearance on behalf of all Defendants –Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Raul Ortiz, in his official capacity as Chief of U.S. Border Patrol; and the United States of America.

The contact information for undersigned counsel is:

> Sarah B. Fabian
> Senior Litigation Counsel
> United States Department of Justice – Civil Division
> Office of Immigration Litigation, District Court Section
> Post Office Box 868, Ben Franklin Station
> Washington, D.C. 20044
> (202) 532-4824
> sarah.b.fabian@usdoj.gov

Date: May 15, 2023                              Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Email: sarah.b.fabian@usdoj.gov

*Counsel for Defendants*

CERTIFICATE OF SERVICE

Case No. 3:23-CV-9962

I HEREBY CERTIFY that on May 15, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice