UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

  *Plaintiff*,

  v.                                                  No. 3:23-cv-9962-TKW-ZCB

**ALEJANDRO MAYORKAS, et al.**,

  *Defendants*.
  _____/

## NOTICE OF APPEARANCE OF COUNSEL

Undersigned counsel, Daniel William Bell, hereby gives notice of his appearance as counsel for the State of Florida in the above-captioned matter.

                                                              Respectfully submitted,

                                                              /s/ Daniel William Bell
                                                              Daniel William Bell (FBN 1008587)
                                                              CHIEF DEPUTY SOLICITOR GENERAL
                                                              Office of the Attorney General
                                                              The Capitol, Pl-01
                                                              Tallahassee, Florida 32399-1050
                                                              (850) 414-3300
                                                              (850) 410-2672 (fax)
                                                              daniel.bell@myfloridalegal.com

                                                              *Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Daniel William Bell*
Chief Deputy Solicitor General

2