UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

  *Plaintiff*,

  v.                                             Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

  *Defendants*.

_____/

**NOTICE**

It has come to Florida's attention that it did not address DHS's arguments regarding the proper scope of relief in this case. Florida respectfully wishes to clarify that it does not agree with DHS's arguments on that front. Florida made extensive arguments in *Florida v. United States* on that issue, particularly during closing arguments and in the State's proposed order (at 86–88).

If the Court desires further briefing, Florida is happy to provide it.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

/s/ *James H. Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL

Joseph E. Hart (FBN 124720)
COUNSELOR TO THE ATTORNEY GENERAL

Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

CERTIFICATE OF SERVICE

I certify that on May 15, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all parties.

<u>*/s/ James H. Percival*</u>
Chief of Staff