| | |
|---|---|
| **From:** | MORENO, RICARDO |
| **To:** | BP Field Chiefs; BP Field Deputies |
| **Cc:** | LATA, MICHAEL S; BLANCHARD-JR, KENNETH W; SEGOVIA, ENRIQUE R; FALETTE, WANDER M; Immigration Prosecution & Custody OPS; OPS LEOD ACC |
| **Subject:** | URGENT - Cease Processing for Parole With Conditions |
| **Date:** | Thursday, May 11, 2023 10:57:50 PM |
| **Attachments:** | image001.png<br>image002.png |

Good evening,

CBP has received a temporary restraining order in FL v. U.S. - 3:21-cv-1066 (N.D. Fla.).

**Effective immediately**, cease processing all individuals under parole with conditions as outlined in Chief Ortiz's memorandum of May 10, 2023 "Policy on Parole with Conditions in Limited Circumstances Prior to Issuance of a Charging Document (Parole with Conditions)."

All further times are **EASTERN TIME**

At 11:30 p.m. any individual who is not process complete for parole with conditions should be reprocessed
At 11:45 p.m. all processing for parole with conditions must cease completely and this is the last moment for process complete

After 11:45 pm. NO INDIVIDUAL MAY CONTINUE TO BE PROCESSED FOR PAROLE WITH CONDITIONS

Any individual processed under parole with conditions process complete as of 11:45 p.m. may be released tomorrow consistent with the Sector's normal release procedure.

Thank you,

Rick Moreno
Acting Deputy Chief
Law Enforcement Operations Directorate
U.S. Border Patrol Headquarters
Cell: █████████

