# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

v.　　　　　　　　　　　　　　　　　Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

    *Defendants*.

_____/

## JOINT NOTICE OF COMPLIANCE WITH ECF NO. 18

    The parties have conferred in accordance with this Court's order, ECF No. 18. Set forth in the chart below are the numbers provided by DHS regarding the daily Border Patrol encounters with noncitizens at the Southwest border from April 16 to May 14, 2023, average time in custody for such noncitizens, and the total number of noncitizens in Border Patrol custody per day.

    Florida has no objection to DHS offering this information as part of the record for purposes of preliminary relief, nor does Florida object to the Court considering it. In fact, Florida believes this information is useful in deciding multiple issues before the Court. Florida, however, is unwilling to formally stipulate to the accuracy of this information because Florida has not had the opportunity to probe or test it and may seek to do so at some point during proceedings in this case.

Date:  May 15, 2023

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL

Joseph E. Hart (FBN 124720)
COUNSELOR TO THE ATTORNEY GENERAL

Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

| | |
|---|---|
| Date: May 15, 2023 | Respectfully submitted, |
| JASON R. COODY<br>*United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney*<br>Northern District of Florida | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | /s/ *Sarah B. Fabian*<br>SARAH B. FABIAN<br>*Senior Litigation Counsel*<br>JOSEPH A. DARROW<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 532-4824<br>sarah.b.fabian@usdoj.gov |
| | *Counsel for Defendants* |

The below data covers U.S Border Patrol.

| | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | 4/22 | 4/23 | 4/24 | 4/25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Encounters | 5,147 | 5,793 | 6,221 | 6,561 | 6,946 | 6,154 | 6,666 | 7,104 | 7,595 | 7,715 |
| Average TIC | 65 | 72 | 75 | 75 | 76 | 70 | 71 | 63 | 65 | 67 |
| Total in Custody | 14,070 | 14,544 | 14,534 | 14,211 | 14,139 | 14,156 | 13,854 | 15,238 | 17,198 | 18,270 |

| | 4/26 | 4/27 | 4/28 | 4/29 | 4/30 | 5/1 | 5/2 | 5/3 | 5/4 | 5/5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Encounters | 8,843 | 8,370 | 7,778 | 7,638 | 7,343 | 7,896 | 7,747 | 8.550 | 8,407 | 9,058 |
| Average TIC | 62 | 60 | 60 | 62 | 67 | 71 | 74 | 77 | 74 | 74 |
| Total in Custody | 18,213 | 19,134 | 20,733 | 20,143 | 21,565 | 22,527 | 22,664 | 21,705 | 21,271 | 20,636 |

| | 5/6 | 5/7 | 5/8 | 5/9 | 5/10 | 5/11 | 5/12 | 5/13 | 5/14 |
|---|---|---|---|---|---|---|---|---|---|
| Total Encounters | 9,110 | 8,712 | 10,138 | 10,640 | 9,998 | 9,649 | 6,251 | 4,335 | 4,193 |
| Average TIC | 66 | 66 | 69 | 69 | 68 | 66 | 63 | 69 | 77 |
| Total in Custody | 20,515 | 22,624 | 24,832 | 26,924 | 28,717 | 28,241 | 24,349 | 22,921 | 22,259 |

*Daily encounter data is preliminary and generally increases slightly over the 12 – 24 hours after the reporting date ends as intake processing is finalized. In addition, CBP data undergoes data validation and finalization before publication in formal end of month reporting.  So these preliminary numbers may not match the Department's eventual public reporting.*

The definitions for the above terms are:

1. "Total Encounters" represents the number of individuals that Border Patrol apprehended during specified date.  This total number is accounted for without regard to processing disposition.

2. "Average TIC" – From the time that an individual has been apprehended by Border Patrol until they are transferred or released out of Border Patrol custody, regardless of the entity or location of their transfer or release, is referred to as Time in Custody.  "Time in Custody" is abbreviated as "TIC," and is measured in hours. This reporting shows the TIC within border Patrol Custody as of 0600 ET for the specified day.

3. Border Patrol's "Total in Custody" number represents all encounters who have not been transferred or released, regardless of what the processing status of the individual may be.  In other words, "total in custody" includes persons who are awaiting processing, currently undergoing processing, and processed

5

complete awaiting transfer or release. This reporting shows the Total In Custody within border Patrol Custody as of 0600 ET for the specified day.