# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                        Case No. 3:23-cv-9962

ALEJANDRO MAYORKAS;
et. al,

    Defendants.
_____

## NOTICE OF APPEAL

Pursuant to 8 U.S.C. § 1292(a)(1) and Federal Rule of Appellate Procedure 3, notice is hereby given that all Defendants appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's Order of May 16, 2023, ECF No. 30, entering a preliminary injunction, as well as any and all associated opinions and orders.

| | |
|---|---|
| Date: May 17, 2023 | Respectfully submitted, |
| | |
| JASON R. COODY | BRIAN M. BOYNTON |
| *United States Attorney* | *Principal Deputy Assistant Attorney General* |
| | |
| MARIE A. MOYLE | WILLIAM C. PEACHEY |
| *Assistant United States Attorney* | *Director* |
| Northern District of Florida | Office of Immigration Litigation |
| | District Court Section |
| | |
| | EREZ REUVENI |
| | *Assistant Director* |
| | |
| | /s/ *Joseph A. Darrow* |
| | JOSEPH A. DARROW |
| | *Trial Attorneys* |
| | U.S. Department of Justice |
| | Civil Division |
| | Office of Immigration Litigation |
| | District Court Section |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | Tel.: (202) 598-7537 |
| | Joseph.a.darrow@usdoj.gov |
| | |
| | *Counsel for Defendants* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division
