UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

   v.                                                                  Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

   *Defendants*.

_____/

**CONSENT MOTION FOR EXTENSION OF TIME**

   In its preliminary injunction order, the Court ordered the parties to file a status report on May 30, 2023. The Court asked the parties to confer regarding whether the case should be stayed pending appeal and, if not, to file a proposed scheduling order. Doc. 30 at 10. Since then, the parties have fully briefed an emergency motion to stay the preliminary injunction pending appeal in the Eleventh Circuit.

   Florida requests an additional seven days to file a status report and proposed schedule. This will allow Florida to better assess how it thinks this case should proceed and submit a comprehensive proposal for the Court, hopefully with the benefit of the Eleventh Circuit's ruling on Defendants' motion. The parties have been diligently litigating this case, and a seven-day extension will not significantly delay its resolution.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL
*/s/ James H. Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF
Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL
Joseph E. Hart (FBN 124720)
COUNSELOR TO THE ATTORNEY GENERAL
Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL
Daniel W. Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I certify that on May 25, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all parties.

/s/ *James H. Percival*
CHIEF OF STAFF