UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

  *Plaintiff*,

v.                                    Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

  *Defendants*.

_____/

## NOTICE OF PROOF OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(*l*), the undersigned attorney for the Plaintiff certifies and files the following proof of service:

1) That I mailed by certified mail, returned receipt, the summons, with copies of the Complaint, to each of the Defendants: Alejandro Mayorkas, Raul Ortiz, and the United States of America through the U.S. Attorney's Office for the Northern District of Florida and the Department of Justice.

2) That pursuant to Federal Rule of Civil Procedure 4(i)(1) & 4(i)(2) and 28 CFR § 0.77, a copy of the summonses and complaint have been delivered to the U.S. Attorney's Office for the Northern District of Florida and the U.S. Attorney General has been served via the U.S. Department of Justice, Justice Management Division, with a copy of the documents listed in paragraph one for each of the Defendants.

3) That on May 11, 2023, the United States Postal Service provided certified mail receipts to me for the four packages sent certified mail. The receipts are attached hereto as Exhibit 1.

4) That the United States Postal Service website[1] tracking information confirms delivery of the four certified priority mail packages. The delivery confirmations are attached hereto as Exhibit 2.

5) That the last of the four packages was delivered on May 19, 2023.

I make these proof of service statements under 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true, correct, and complete to the best of my current knowledge.

---

[1] https://tools.usps.com/go/TrackConfirmationAction_input

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL
James H. Percival (FBN 1016188)
CHIEF OF STAFF
*/s/ Natalie P. Christmas*
Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL
Joseph E. Hart (FBN 124720)
COUNSELOR TO THE ATTORNEY GENERAL
Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL
Daniel W. Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

## Certificate of Service

I hereby certify that on May 25, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

*/s/ Natalie P. Christmas*
Natalie P. Christmas
