# EXHIBIT 1

Exhibit 1-001






Exhibit 1-002