# EXHIBIT 2

Exhibit 2-001

# USPS Tracking®

FAQs >

**Tracking Number:**

## 70202450000079076317

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was delivered to an individual at the address at 11:19 am on May 15, 2023 in PENSACOLA, FL 32502.


Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
Delivered, Left with Individual
PENSACOLA, FL 32502
May 15, 2023, 11:19 am

See All Tracking History

**Text & Email Updates**   ⌄

Exhibit 2-002

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70202450000079076324

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:59 am on May 19, 2023 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:
  **USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 19, 2023, 4:59 am

See All Tracking History

---

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

Exhibit 2-003

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70202450000079076294

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:28 am on May 18, 2023 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20528
May 18, 2023, 11:28 am

See All Tracking History

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

See Less ⌃

Track Another Package                              Exhibit 2-004

[ Enter tracking or barcode numbers ]

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70202450000079076300

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:24 am on May 18, 2023 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20229
May 18, 2023, 11:24 am

See All Tracking History

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Exhibit 2-005

Enter tracking or barcode numbers