# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

v.                                      No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Undersigned counsel, Darrick W. Monson, hereby gives notice of his appearance as counsel for the State of Florida in the above-captioned matter.

        Respectfully submitted,

        */s/ Darrick W. Monson*
        Darrick W. Monson (FBN 1041273)
         *Assistant Solicitor General*
        Office of the Attorney General
        The Capitol – PL 01
        Tallahassee, FL 32399-1050
        (850) 414-3300
        (850) 410-2672 (fax)
        darrick.monson@myfloridalegal.com

        *Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I hereby certiify that on this 25th day of May, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

*/s/ Darrick W. Monson*
Assistant Solicitor General