UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                     Case No. 3:23cv9962-TKW-ZCB

**ALEJANDRO MAYORKAS**, et al.,

    **Defendants**.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Plaintiff's consent motion for extension of time (Doc. 38), it is

**ORDERED** that the motion is **GRANTED**, and the deadline for the parties to file their status report / proposed case management schedule is extended to the later of June 6, 2023, or 7 days after the Eleventh Circuit rules on Defendants' emergency motion for a stay.

**DONE and ORDERED** this 26th day of May, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**