UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

   v.                                      Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, *et al.*,

   *Defendants*.

_____/

## NOTICE OF FILING CHALLENGED POLICY

As requested, Florida files a copy of the challenged NTA/OR Policy. References to the NTA/OR Policy should be understood to refer to the attached memorandum, which explains changes to Border Patrol's practices in response to this Court's order vacating the Parole + ATD Policy.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL
*/s/ James H. Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF
Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL
Joseph E. Hart (FBN 124720)
COUNSELOR TO THE ATTORNEY GENERAL
Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL
Daniel W. Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL
Darrick Monson (FBN 1041273)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

1

2

## CERTIFICATE OF SERVICE

I certify that on June 13, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all parties.

*/s/ James H. Percival*
CHIEF OF STAFF
