# Streamlined NTA Processing



**Executive Summary**

The U.S. Border Patrol (USBP) continues to seek efficiency in Notice to Appear (NTA) processing. Effectively and efficiently processing NTAs while ensuring legal sufficiency is critical to decompressing short-term holding facilities. USBP has made significant technology enhancements to reduce the average time in custody (TIC) but there are still improvements that need to occur.

**Background**

On March 8, 2023, the District Court in *Florida v. Biden* vacated the Parole Plus Alternative to Detention (P+ATD) memorandum under the Administrative Procedure Act (APA). P+ATD was the primary decompression mechanism that USBP used on a case-by-case basis for humanitarian reasons to prevent over-crowding in short-term holding facilities.

For FYTD23, the average TIC for a migrant processed as P+ATD was 44 hours, whereas the average TIC for NTA was 57 hours. Post T42, USBP is projecting to process between 3.5-7.5K migrants for release per day (8K, 10K, 12K) encounters. As encounters continue to rise, USBP, component partners, non-governmental organization (NGO) and city/state resources will be impacted, resulting in delays in USBP's ability to release migrants processed complete out of custody to a safe location.

**Challenges**

As identified during previous months of elevated encounter levels, USBP's ability to process under an appropriate Title 8 pathway is not the singular driving factor in extended short-term holding times. Component partner and NGO's capabilities to rapidly add capacity and accept high daily numbers of releases impacts USBP's ability to release.

Generally, under the current procedures, USBP identifies migrants amenable to NTA and processes accordingly. Upon completion of processing, USBP refers the NTA to Enforcement Removal Operations (ERO) for a data quality review and custody determination. Once ERO reviews the NTA and makes a custody determination, the migrant is transferred to ERO to be served with the Order of Release on Recognizance document and released. In times of elevated encounters, USBP would process the NTA, conduct internal data quality checks and serve the Order of Recognizance.

**Recommendation**

During periods of high encounters, USBP will streamline the existing NTA/OR process by not referring migrants in the Case Acceptance System (CAS) as well as future expansions of the electronic a-file (EAF). USBP has the authority to issue NTA/ORs, and this streamlined process does not change the manner in which a NTA/OR is processed and served, rather, the streamlined effort reduces the levels of review and multi-component coordination.

USBP must be prepared to process legally sufficient NTAs without a CAS submission. CAS is used by ERO to review the NTAs and make a custody decision which adds ~15-30 minutes per for review and several days for actual transfer.  In times of elevated encounters, USBP can streamline the NTA process by not referring NTAs in CAS for a custody determination.  Once USBP serves the NTA, the migrant will be released from short-term holding.

At times of elevated encounters and high in-custody numbers, USBP should prioritize family units for non-CAS NTA releases. When sectors exceed 75% capacity, the sector should convert NTA processing for all migrants to non-CAS NTAs until the short-term holding levels for the individual sector decrease below the capacity threshold of 75%. This non-CAS NTA processing only applies to migrants who were

## Streamlined NTA Processing



going to be processed for NTA/OR and does not include those identified as national security/public safety threats or amenable to other processing dispositions.

- The single adult (SA) population processed for release above the level of available detention beds, as established and communicated by ERO 24-48 hours in advance.  BP would prioritize those SA with criminal history or derogatory information for ICE referral of detention bed space.  Those without criminal history or derogatory information could be processed for NTA/OR, as appropriate.  If USBP determines the need for NTA/OR, there should be no obligation or expectation that the cases are referred to ERO for custodial re-determination.

Expanding the EAF to all Southwest Border (SWB) sectors will have a ~20-minute time savings per NTA file, which will reduce total processing time and create efficiencies. EAF is scheduled to be rolled out across the SWB in the coming months.

- With complete digital immigration processing (ie EAF), NTA/ORs would not require any additional processing for ERO and is completed by USBP with reduced potential for error
    - Integration with USCIS assures accuracy of A-Numbers utilized/issued
    - EOIR Court Date Scheduler is automated for the correct court docket and date.
    - Integration with USCIS STACKS ensures documents are uploaded to the system of record, minimizing any potential for "lost" A-Files.