# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 1:00 PM | Case No. | 3:23cv9962-TKW |
| Time Concluded | 1:38 PM | Date | 6/21/2023 |

**DOCKET ENTRY:** Telephonic Scheduling Conference held. Order to be entered.

PRESENT: U.S. DISTRICT JUDGE  **T. KENT WETHERELL, II**      Paula Cawby      Julie Wycoff
                                                             Deputy Clerk     Court Reporter

**Style of Case:**  STATE OF FLORIDA v. MAYORKAS et al

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| Anita Patel | STATE OF FLORIDA |
| James Percival | |

| Defendant Counsel Present | Defendant |
|---|---|
| Sarah Fabian | ALEJANDRO MAYORKAS, et al |
| Erin Ryan | |

**PROCEEDINGS**