UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

  *Plaintiff*,

v.                                             Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

  *Defendants*.

_____/

## JOINT STATUS REPORT

As required by this Court's order, Doc. 49, the parties have conferred following the Supreme Court's decision in *United States v. Texas*, No. 22-58. The parties agree that this case should be stayed pending the Eleventh Circuit's decision in *Florida v. United States*, Nos. 23-11528 & 23-11644. The parties will file a joint status report seven days after the panel issues its decision.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL

Joseph E. Hart (FBN 124720)
COUNSELOR TO THE ATTORNEY GENERAL

Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

| | |
|---|---|
| JASON R. COODY | BRIAN M. BOYNTON |
| *United States Attorney* | *Principal Deputy Assistant Attorney General* |
| | |
| MARIE A. MOYLE | WILLIAM C. PEACHEY |
| *Assistant United States Attorney* | *Director* |
| Northern District of Florida | |

2

EREZ REUVENI
*Assistant Director*

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
*Senior Litigation Counsel*
JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-4824
sarah.b.fabian@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 28, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all parties.

*/s/ James H. Percival*
Chief of Staff