UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                      Case No. 3:23cv9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

    Defendants.
_____/

## ORDER STAYING CASE

This case is before the Court based on the parties' joint status report (Doc. 50), which states that the parties agree that this case should be stayed pending the Eleventh Circuit's decision Case Nos. 23-11528 and 23-11644.  Accordingly, it is

**ORDERED** that this case is **STAYED** pending further order.  The parties shall file a status report 7 days after the Eleventh Circuit's decision or 90 days from the date of this Order, whichever occurs first.

**DONE and ORDERED** this 29th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**