UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                          Case No. 3:23cv9962-TKW-ZCB

**ALEJANDRO MAYORKAS**, et al.,

    **Defendants**.
_____/

## ORDER

Upon the Court's own motion and in the interest of justice, it is

**ORDERED** that the Order Staying Case (Doc. 51) is clarified insofar as the stay does not affect Defendants' reporting obligations under Docs. 31 and 36.

**DONE and ORDERED** this 3rd day of July, 2023.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE