UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   Plaintiff,

v.                                           Case No.  3:23-cv-9962-TWK-ZCB

ALEJANDRO MAYORKAS;
et. al,

   Defendants.
_____

### DEFENDANTS' AUGUST 2023 SUPPLEMENTAL REPORT

In accordance with the Court's May 16, 2023, May 22, 2023, and July 18, 2023 Orders, ECF Nos. 31, 36, and 54, Defendants submit the attached Declaration of Daniel A. Bible ("Bible Decl.") with attached reporting data. The Court's initial orders required Defendants to report the following with regard to the 2,572 noncitizens who were released from U.S. Customs and Border Protection ("CBP") after 11:59 p.m. ET on May 11, 2023: (1) the number of noncitizens who have reported to U.S. Immigration and Customs Enforcement ("ICE") and been issued Notices to Appear ("NTAs"); (2) when, where (city and state), and how (in person or online) these noncitizens reported to ICE and were issued NTAs; and (3) what steps ICE is taking to track down noncitizens who did not report as required and whether those efforts have been successful. ECF Nos. 31 and 36. The Court's July

1

18, 2023 Order required Defendants to report this same information at monthly intervals thereafter, "as well as a summary of any developments … since the prior report." ECF No. 54 at 4.

As previously explained, ICE defines a "check-in" as occurring when either: 1) an appointment record is created in the Field Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) Alien Removal Module (EARM); 2) contact is made with an ICE office as instructed or there is a subsequent encounter (documented in EARM with ICE ERO) resulting in an enforcement action; 3) a Docket Status of Case Received in EOIR (Executive Office for Immigration Review) is observed, 4) contact is made with ERO Contact Center of Operations (ECCO) via the Detention Reporting Information Line (DRIL), or 5) contact is made with ECCO via the Online Change of Address (OCOA) tool. ECF No. 53-1 ¶ 7. When at least one member of a family unit "checks-in" as described above, then all members of the family unit are considered "checked-in." *Id.*

As explained in the attached declaration of Daniel Bible, in response to the Court's first question, ICE reports that of the 2,572 noncitizens identified for this reporting, 2,212 have checked in with ICE, while 360 have not checked in. Ex. A, Decl. ¶ 4. Out of the 2,212 noncitizens who have checked in, 947 individuals have been served with a charging document currently pending on an EOIR docket, and

1,265 individuals have not yet been served with a charging document currently pending on an EOIR docket even though they have checked in. *Id.* ¶ 5.

In response to the Court's second question, ICE reports that 20 noncitizens have received a charging document via Certified Mail, 284 noncitizens have received a charging document via Regular Mail, and 643 noncitizens have received a charging document in-person. *Id.* ¶ 6. Additionally, ICE provides the following breakdown of the number of noncitizens who checked in with specific ICE ERO Offices:

| Check-In Location | Count |
|---|---:|
| Atlanta, GA | 105 |
| Baltimore, MD | 29 |
| Boston, MA | 188 |
| Buffalo, NY | 15 |
| Chicago, IL | 180 |
| Dallas, TX | 121 |
| Denver, CO | 79 |
| Detroit, MI | 54 |
| El Paso, TX | 21 |
| Houston, TX | 51 |
| Los Angeles, CA | 99 |
| Miami, FL | 172 |
| New Orleans, LA | 87 |
| New York City, NY | 388 |
| Newark, NJ | 133 |
| Philadelphia, PA | 63 |
| Phoenix, AZ | 12 |
| Salt Lake City, UT | 41 |
| San Antonio, TX | 41 |
| San Diego, CA | 5 |
| San Francisco, CA | 152 |
| Seattle, WA | 46 |

| | |
|---|---:|
| St. Paul, MN | 40 |
| Washington, DC | 90 |
| **Total** | **2,212** |

*Id.* ¶ 7. The "Check-In Location" for an in-person check-in reflects the Area of Responsibility (AOR) where it occurred. *Id.* For an online check-in, "Check-in Location" reflects the location where the appointment was made. *Id.*

In response to the Court's third question, ICE reports that noncitizens in this cohort who failed to timely report to ICE or request a Notice to Appear (NTA) are in violation of their parole conditions. *Id.* ¶ 8. As of the date of this report, 360 such noncitizens may be in violation of their parole conditions. *Id.*

Since the report last month, ERO has prioritized its nationwide efforts to locate noncitizens in this cohort who are in violation of their parole conditions and take appropriate enforcement action based on individualized case review. *Id.* ¶ 9. ERO personnel are carefully reviewing cases involving noncompliant individuals for appropriate enforcement action. Enforcement actions are determined on a case-by-case basis and may include, but are not limited to, arrest, increased monitoring through the Alternatives to Detention (ATD) program, and/or confinement in a detention facility. *Id.* Where ERO is unable to locate or contact a noncitizen (due to, e.g., the noncitizen providing an invalid address), ERO has generally referred the case to the ERO Fugitive Operations team or a similarly staffed at-large arrest team

in the relevant area of responsibility to prioritize the location and appropriate enforcement action for noncompliant individuals. *Id.* The investigatory techniques local ERO teams employ to track noncompliant noncitizens ultimately depend on the circumstances unique to that individual and his or her location and activities. *Id.*

Date:  August 18, 2023               Respectfully submitted,

JASON R. COODY                        BRIAN M. BOYNTON
*United States Attorney*              *Principal Deputy Assistant Attorney General*

MARIE A. MOYLE                        WILLIAM C. PEACHEY
*Assistant United States Attorney*    *Director*
Northern District of Florida

                                            EREZ REUVENI
                                            *Assistant Director*

                                            /s/ *Joseph A. Darrow*
                                            JOSEPH A. DARROW
                                            *Trial Attorney*
                                            U.S. Department of Justice
                                            Office of Immigration Litigation
                                            District Court Section
                                            P.O. Box 868, Ben Franklin Station
                                            Washington, DC 20044
                                            Tel.: (202) 532-4824
                                            sarah.b.fabian@usdoj.gov

                                            *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 18, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Joseph A Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division
