UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br><br>*Plaintiff,*<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity; RAUL ORTIZ, Chief of Border Patrol, in his official capacity; the UNITED STATES OF AMERICA.<br><br>*Defendants.* | Civil Action No. 3:23-cv-09962-TKW-ZCB |

**DECLARATION OF DEPUTY EXECUTIVE ASSOCIATE DIRECTOR
DANIEL A. BIBLE**

I, Daniel A. Bible, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge, experience as a law enforcement officer, and documents and information made known or available to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows:

1. I am providing this declaration in accordance with the order issued by the U.S. District Court for the Northern District of Florida, Pensacola Division, in *Florida v. Mayorkas*, No. 23-9962 (N.D. Fla. May 16, 2023), ECF No. 31 ("Initial Order") and ECF No. 54 ("Supplemental Order"), collectively ("Orders"). The court has ordered ICE to: (1) "identify the number of aliens who have reported to ICE and been issued NTAs;" (2)

"indicate when, where (city and state), and how (in person or online) these aliens reported to ICE and were issued NTAs;" and (3) "explain what steps [ICE] is taking to track down the aliens who did not report as required and whether those efforts have been successful."  This declaration is based upon my personal knowledge, information obtained from other individuals employed by ICE, and information obtained from ICE, DOJ Executive Office of Immigration Review (EOIR) and U.S. Citizenship and Immigration Services (USCIS) records. This declaration also incorporates the information previously provided in my prior declaration filed with the Defendant's Response to the Court's May 16 and 22, 2023 Orders. ECF No. 53.

2. Attached hereto as Exhibit 1 is a true and accurate copy of "Parole with Conditions (PAWC) Report_09142023" that ICE generated on September 14, 2023, at 4:53 pm, in response to the Orders. This report is based on data provided by U.S. Customs and Border Protection (CBP), which identified 2,572 noncitizens released after 11:59 pm on May 11, 2023, and processed under the memorandum from Raul L. Ortiz, former Chief, U.S. Border Patrol, *Policy on Parole with Conditions in Limited Circumstances Prior to the Issuance of a Charging Document (Parole with Conditions)* (May 10, 2023)..[1]

3. Understanding that these reports shall be filed on the public docket, this information has been anonymized to ensure the personal identifying information of the noncitizens remains private. ERO Law Enforcement System and Analysis (LESA) Statistical Tracking Unit (STU) considered ICE guidance for the identification and disclosure of

---

[1] This report attached as Exhibit 1 reflects data from the following sources: 1) The Unified Immigration Portal (UIP); 2) Check in and charging document data extracted from the Enforcement Integrated Database (EID); 3) FOAS data; 4) EARM data; 5) EOIR data; 6) ECCO data, or 7) OCOA data.

information protected by 8 U.S.C. § 1367 ("Section 1367") in its analysis and did not identify noncitizens with protected status for this production.

4. In response to question number one, the attached data shows that of the 2,572 noncitizens identified in this cohort, as of September 14, 2023, 2,472 have checked in broken down as follows: 2452 with ICE and 20 filing asylum applications with USCIS.  One hundred (100) have not checked-in.

5. Out of the 2,472 noncitizens who have checked in, 1,290 individuals have been served with a charging document. Out of the total 2,572 noncitizens in this cohort, 1,282 individuals have not yet been served with a charging document. Of those that have not been served a charging document, 100 have not checked-in.

6. In response to question number two, the attached data shows that as of September 14, 2023, 19 noncitizens have received a charging document via Certified Mail, 453 noncitizens have received a charging document via Regular Mail, and 818 noncitizens have received a charging document in-person.

7. Also, in response to question number two: below is a breakdown of the number of noncitizens who checked in with ICE ERO or USCIS:

| Check-In Location | Count |
|---|---:|
| Atlanta, GA | 140 |
| Baltimore, MD | 46 |
| Boston, MA | 199 |
| Buffalo, NY | 15 |
| Chicago, IL | 242 |
| Dallas, TX | 117 |
| Denver, CO | 92 |
| Detroit, MI | 69 |
| El Paso, TX | 24 |
| Houston, TX | 50 |
| Los Angeles, CA | 104 |
| Miami, FL | 169 |
| New Orleans, LA | 90 |
| New York City, NY | 439 |
| Newark, NJ | 138 |
| Philadelphia, PA | 58 |
| Phoenix, AZ | 26 |
| Salt Lake City, UT | 54 |
| San Antonio, TX | 47 |
| San Diego, CA | 5 |
| San Francisco, CA | 163 |
| Seattle, WA | 49 |
| St. Paul, MN | 42 |
| Washington, DC | 94 |
| **Total** | **2,472** |

Please note that the "Check-In Location" for an in-person check-in reflects the Area of Responsibility (AOR) where it occurred and for an online check-in, Check-in Location reflects the location where the appointment was made. For those who checked-in with USCIS by filing an application for asylum, the Check-in Location is the ICE ERO AOR associated with the address the non-citizen provided to USCIS.

8. In response to question three, noncitizens who failed to timely report to ICE or request a Notice to Appear (NTA) are in violation of their parole conditions. As of September 14, 2023, 100 noncitizens are in violation of their parole conditions.

9. As stated in previous declarations, and beginning in July 2023, ERO continues to prioritize its nation-wide efforts to locate noncitizens in this cohort who are in violation of their parole conditions and take appropriate enforcement action based on individualized case review. Enforcement actions are determined on a case-by-case basis and may include, but are not limited to arrest, increased monitoring through the Alternatives to Detention (ATD) program, and/or confinement in a detention facility. Where ERO was unable to locate or contact a noncitizen (due to, e.g., the noncitizen providing an invalid address), ERO has referred the case to the ERO Fugitive Operations team in the relevant area of responsibility. ERO Fugitive Operations teams nationwide are also instructed to prioritize the location and appropriate enforcement action for noncompliant individuals.

Executed this 18th day of September 2023, in Washington, D.C.

                                                                                       _____
Daniel A. Bible
Deputy Executive Associate Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security