# ERO LESA Strategy and Operations Analysis Unit

**For Official Use Only (FOUO)/Pre-decisional**
*This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).*

*It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO infor released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an a*

## Florida v. Biden II: Parole with Conditions Reporting

- UIP data extract as of 08/03/2023; timeframe of releases (03/21/2021 - 09/11/2023).
- Check in and charging document data extracted from EID as of 08/03/2023; one record manually updated as of 09/11/2023
- FOAS data current as of 09/11/2023. EARM data current as of 09/11/2023.
- EOIR data current as of 09/13/2023.
- ECCO data current as of 08/31/2023.
- OCOA data current as of 09/13/2023.
- USCIS Global I-589 data current as of 09/12/2023.

- ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment record created in the Fiel (EARM): When at least one member of a family unit checked in, then all are given credit for a Check-In; 2) PD Release mac PD Release had a Docket Status of Case Received in EOIR (Executive Office for Immigration Review); 4) PD Release cont had a charging document issued (CDI) ; 6) PD Release opted in for a mailout Notice to Appear (NTA) via the Online Chang

- The "Check-In Location" for an <u>in-person</u> check-in reflects the <u>AOR</u> where the in-person check-in occurred. The "Check-I with USCIS by filing an application for asylum, the Check-in Location is the ICE ERO AOR associated with the address the

**Table 2. Check-In Location for Checkins (as of 09/13/2023)**

| Check-In Location | Count |
|---|---:|
| Atlanta, GA | 140 |
| Baltimore, MD | 46 |
| Boston, MA | 199 |
| Buffalo, NY | 15 |
| Chicago, IL | 242 |
| Dallas, TX | 117 |
| Denver, CO | 92 |
| Detroit, MI | 69 |
| El Paso, TX | 24 |
| Houston, TX | 50 |
| Los Angeles, CA | 104 |
| Miami, FL | 169 |
| New Orleans, LA | 90 |
| New York City, NY | 439 |
| Newark, NJ | 138 |
| Philadelphia, PA | 58 |

| | |
|---|---:|
| Phoenix, AZ | 26 |
| Salt Lake City, UT | 54 |
| San Antonio, TX | 47 |
| San Diego, CA | 5 |
| San Francisco, CA | 163 |
| Seattle, WA | 49 |
| St. Paul, MN | 42 |
| Washington, DC | 94 |
| **Total** | **2,472** |

*552). It is to be controlled,*
*rmation and is not to be*
*uthorized DHS official.*

3.

d Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) Alien Removal Module
de contact with an ICE office as instructed or was subsequently encountered which resulted in an enforcement action; 3)
acted ERO Contact Center of Operations (ECCO) via Detention Reporting Information Line (DRIL); 5) PD Release
ge of Address (OCOA) tool.

In Location" for an online check-in reflects the location where the appointment was made.   For those who checked-in
e non-citizen provided to USCIS.