# ERO LESA Strategy and Operations Analysis Unit

**For Official Use Only (FOUO)/Pre-decisional**

*This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).*

*It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.*

## Florida v. Biden II: Parole with Conditions Reporting

- UIP data extract as of 08/03/2023; timeframe of releases (03/21/2021 - 09/11/2023).
- Check in and charging document data extracted from EID as of 08/03/2023; one record manually up
- FOAS data current as of 09/11/2023. EARM data current as of 09/11/2023.
- EOIR data current as of 09/13/2023.
- ECCO data current as of 08/31/2023.
- OCOA data current as of 09/13/2023.
- USCIS Global I-589 data current as of 09/12/2023.

- ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment rec Alien Removal Module (EARM): When at least one member of a family unit checked in, then all are encountered which resulted in an enforcement action; 3) PD Release had a Docket Status of Case Rec Operations (ECCO) via Detention Reporting Information Line (DRIL); 5) PD Release had a charging Address (OCOA) tool.

- The "Check-In Location" for an <u>in-person</u> check-in reflects the <u>AOR</u> where the in-person check-in those who checked-in with USCIS by filing an application for asylum, the Check-in Location is the I

**Table 2. Intended Location for No Check-Ins (as of 09/13/2023)**

| Intended Location | Count |
|---|---|
| Baltimore, MD | 3 |
| Boston, MA | 8 |
| Chicago, IL | 5 |
| Dallas, TX | 6 |
| Denver, CO | 12 |
| Detroit, MI | 3 |
| Houston, TX | 7 |
| Los Angeles, CA | 3 |
| Miami, FL | 3 |
| New Orleans, LA | 3 |
| New York City, NY | 23 |
| Newark, NJ | 1 |
| Philadelphia, PA | 4 |
| Salt Lake City, UT | 7 |
| San Diego, CA | 1 |

| | |
|---|---:|
| San Francisco, CA | 8 |
| Washington, DC | 3 |
| **Total** | **100** |

dated as of 09/11/2023.

cord created in the Field Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) given credit for a Check-In; 2) PD Release made contact with an ICE office as instructed or was subsequently eived in EOIR (Executive Office for Immigration Review); 4) PD Release contacted ERO Contact Center of document issued (CDI) ; 6) PD Release opted in for a mailout Notice to Appear (NTA) via the Online Change of

occurred. The "Check-In Location" for an online check-in reflects the location where the appointment was made. For CE ERO AOR associated with the address the non-citizen provided to USCIS.