# ERO LESA Strategy and Operations Analysis Unit

**For Official Use Only (FOUO)/Pre-decisional**
*This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).*

*It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO info released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an*

## Florida v. Biden II: Parole with Conditions Reporting

- UIP data extract as of 08/03/2023; timeframe of releases (03/21/2021 - 09/11/2023).
- Check in and charging document data extracted from EID as of 08/03/2023; one record manually updated as of 09/11/202
- FOAS data current as of 09/11/2023. EARM data current as of 09/11/2023.
- EOIR data current as of 09/13/2023.
- ECCO data current as of 08/31/2023.
- OCOA data current as of 09/13/2023.
- USCIS Global I-589 data current as of 09/12/2023.

- ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment record created in the Fie (EARM): When at least one member of a family unit checked in, then all are given credit for a Check-In; 2) PD Release ma 3) PD Release had a Docket Status of Case Received in EOIR (Executive Office for Immigration Review); 4) PD Release had a charging document issued (CDI) ; 6) PD Release opted in for a mailout Notice to Appear (NTA) via the Online Chan

- The "Check-In Location" for an <u>in-person</u> check-in reflects the <u>AOR</u> where the in-person check-in occurred. The "Check checked-in with USCIS by filing an application for asylum, the Check-in Location is the ICE ERO AOR associated with th

**Table 2. CDI Location for CDIs Issued (as of 09/13/2023)**

| CDI-Issued Location | Count |
|---|---|
| Atlanta, GA | 84 |
| Baltimore, MD | 18 |
| Boston, MA | 140 |
| Buffalo, NY | 10 |
| Chicago, IL | 76 |
| Dallas, TX | 11 |
| Denver, CO | 75 |
| Detroit, MI | 22 |
| El Paso, TX | 17 |
| Harlingen, TX | 1 |
| Houston, TX | 46 |
| Los Angeles, CA | 78 |
| Miami, FL | 98 |
| New Orleans, LA | 33 |
| New York City, NY | 205 |
| Newark, NJ | 98 |

| | |
|---|---:|
| Philadelphia, PA | 8 |
| Phoenix, AZ | 13 |
| Salt Lake City, UT | 20 |
| San Antonio, TX | 17 |
| San Diego, CA | 4 |
| San Francisco, CA | 126 |
| Seattle, WA | 24 |
| St. Paul, MN | 10 |
| Washington, DC | 56 |
| **Total** | **1290** |

*552). It is to be controlled,*
*rmation and is not to be*
*authorized DHS official.*

23.

ld Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) Alien Removal Module
ade contact with an ICE office as instructed or was subsequently encountered which resulted in an enforcement action;
contacted ERO Contact Center of Operations (ECCO) via Detention Reporting Information Line (DRIL); 5) PD Release
ige of Address (OCOA) tool.

-In Location" for an <u>online</u> check-in reflects the location where the <u>appointment</u> was made.    For those who
ie address the non-citizen provided to USCIS.