UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.   Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, *et al.*,

   *Defendants*.
_____/

## JOINT STATUS REPORT

Pursuant to this Court's order, Doc. 51, the parties file this joint status report. The Eleventh Circuit has indicated its intent to schedule oral argument for the week of January 22, 2023. The parties agree the Court should continue to stay proceedings in district court. Each party reserves the right to move to lift the stay.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL
*/s/ James H. Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF
Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL
Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL
Daniel W. Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL
Darrick Monson (FBN 1041273)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

1

| | |
|---|---|
| JASON R. COODY<br>*United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney*<br>Northern District of Florida | WILLIAM C. PEACHEY<br>*Director*<br><br>EREZ REUVENI<br>*Assistant Director*<br><br><u>/s/ *Joseph A. Darrow*</u><br>JOSEPH A. DARROW<br>ERIN T. RYAN<br>ELISSA P. FUDIM<br>*Trial Attorneys*<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 598-7537<br>Joseph.a.darrow@usdoj.gov<br><br>*Counsel for Defendants* |

2

## CERTIFICATE OF SERVICE

I certify that on September 26, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all parties.

*/s/ James H. Percival*
CHIEF OF STAFF
