UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                       Case No. 3:23cv9962-TKW-ZCB

**ALEJANDRO MAYORKAS**, et al.,

    Defendants.

_____/

**ORDER**

Upon due consideration of the parties' joint status report (Doc. 57), it is

**ORDERED** that this case remains stayed and the parties shall file a status report 6 months from the date of this Order if the Eleventh Circuit has not decided the appeal by then. The stay does not affect Defendants' continuing obligation to file periodic status reports regarding the aliens released after the temporary injunction went into effect.

**DONE and ORDERED** this 27th day of September, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**