UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiffs*,

   v.                           Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, *et al.*,

   *Defendants*.

_____/

## **MOTION TO WITHDRAW AS COUNSEL**

JOSEPH E. HART moves to withdraw as counsel of record in this action. JAMES H. PERCIVAL and NATALIE P. CHRISTMAS will continue to represent the State of Florida. The State of Florida consents to this withdrawal.

                            **ASHLEY MOODY**
                            ATTORNEY GENERAL

                            */s/ Joseph Hart*
                            Joseph Hart (FBN 0124720)
                            COUNSELOR TO THE ATTORNEY GENERAL
                            Office of the Attorney General

                            The Capitol, Pl-01
                            Tallahassee, Florida 32399-1050
                            (850) 414-3300
                            (850) 410-2672 (fax)
                            Joseph.hart@myfloridalegal.com

## **LOCAL RULE 7.1(B) CERTIFICATION**

I certify that I have conferred with opposing counsel regarding this motion, and no party objects to this motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 27th day of September 2023.

/s/ *Joseph E. Hart*
Joseph E. Hart