UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                          Case No. 3:23cv9962-TKW-ZCB

**ALEJANDRO MAYORKAS**, et al.,

    **Defendants**.

_____/

## ORDER

Upon due consideration of the motion to withdraw as counsel (Doc. 60), it is **ORDERED** that the motion is **GRANTED**, and attorney Joseph E. Hart shall have no further obligation to represent Plaintiff in this case. The Clerk shall terminate Mr. Hart as counsel of record for Plaintiff in CM/ECF.

**DONE and ORDERED** this 28th day of September, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**