# ERO LESA Strategy and Operations Analysis Unit

**For Official Use Only (FOUO)/Pre-decisional**

*This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).*

*It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.*

## Florida v. Biden II: Parole with Conditions Reporting

- UIP data extract as of 08/03/2023; timeframe of releases (03/21/2021 - 12/01/2023).
- Check in and charging document data extracted from EID as of 12/01/2023.
- FOAS data current as of 10/09/2023. EARM data current as of 12/01/2023.
- EOIR data current as of 12/04/2023.
- ECCO data current as of 11/30/2023.
- OCOA data current as of 12/01/2023.
- USCIS Global I-589 data current as of 12/06/2023.

- ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment record created in the Field Office Appointment Scheduler (FOAS) or (EARM): When at least one member of a family unit checked in, then all are given credit for a Check-In; 2) PD Release made contact with an ICE office as instructed or PD Release had a Docket Status of Case Received in EOIR (Executive Office for Immigration Review); 4) PD Release contacted ERO Contact Center of Operations (EC had a charging document issued (CDI) ; 6) PD Release opted in for a mailout Notice to Appear (NTA) via the Online Change of Address (OCOA) tool. 7) PD Release s
- The "Check-In Location" for an in-person check-in reflects the AOR where the in-person check-in occurred. The "Check-In Location" for an online check-in reflects t
- For the purposes of this report, ICE defines 'CDI-Issued' when EOIR/UIP status indicates 'Accepted', 'Uploaded', or 'Rejected'

**Table 1. Check-In Location for Checkins (as of 12/01/2023)**

| Check-In Location | Count |
|---|---:|
| Atlanta, GA | 141 |
| Baltimore, MD | 48 |
| Boston, MA | 208 |
| Buffalo, NY | 15 |
| Chicago, IL | 251 |

| | |
|---|---:|
| Dallas, TX | 119 |
| Denver, CO | 101 |
| Detroit, MI | 72 |
| El Paso, TX | 24 |
| Houston, TX | 51 |
| Los Angeles, CA | 103 |
| Miami, FL | 175 |
| New Orleans, LA | 93 |
| New York City, NY | 441 |
| Newark, NJ | 140 |
| Philadelphia, PA | 62 |
| Phoenix, AZ | 26 |
| Salt Lake City, UT | 58 |
| San Antonio, TX | 47 |
| San Diego, CA | 6 |
| San Francisco, CA | 169 |
| Seattle, WA | 49 |
| St. Paul, MN | 42 |
| Washington, DC | 97 |
| **Total** | **2,538** |

Enforcement Case Tracking System (ENFORCE) Alien Removal Module
was subsequently encountered which resulted in an enforcement action; 3)
CCO) via Detention Reporting Information Line (DRIL); 5) PD Release
ubmitted application with USCIS for adjustment in immigration status.
he location where the <u>appointment</u> was made.