# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**STATE OF FLORIDA**,

   **Plaintiff**,

v.                                                Case No. 3:23cv9962-TKW-ZCB

**ALEJANDRO MAYORKAS**, et al.,

   **Defendants**.

_____/

## ORDER

This case is before the Court based on a review of Defendants' December 2023 status report (Doc. 64). The report reflects that 34 of the aliens who were released after the Court enjoined the Parole with Conditions (PWC) policy are still unaccounted for and that an additional 404 aliens have still not been issued a notice to appear (NTA) even though they have "checked in" with Immigration and Customs Enforcement. This means that removal proceedings have not been initiated against 17% (438/2572) of the aliens who should not have been released under the PWC policy but have now been in the country for more than seven months. Subsequent status reports should focus on these 438 aliens.

Accordingly, in lieu of the information required by the prior orders (Docs. 31, 36, 54, 58), it is **ORDERED** that the next status report and all subsequent status reports shall:

1. provide an updated summary of the status of all 2,572 aliens who were released after the court enjoined the PWC policy—i.e., checked in and issued an NTA, checked in but not issued an NTA, or not checked in/unaccounted for (e.g., Doc. 64 at 3);

2. provide an updated summary chart of the check-in locations (e.g., Doc. 64 at 4);

3. identify the number of unaccounted for aliens who have checked in since the last report, along with the date and location of the check-in, whether an NTA was issued at check in, and whether any enforcement action was taken against the alien other than the issuance of an NTA;

4. identify the number of aliens who have been issued an NTA since the last report, along with when and how the NTA was issued, whether the alien was released or detained after the NTA was issued, and what legal authority the releases were based; and

5. identify how many of the 2,572 aliens who were released after the PWC policy was enjoined are still in the country and, of those, how many are detained.

**DONE and ORDERED** this 20th day of December, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**