UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

*Plaintiff*,

v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity; RAUL ORTIZ, Chief of Border Patrol, in his official capacity; the UNITED STATES OF AMERICA.

*Defendants*.

Civil Action No. 3:23-cv-09962-TKW-ZCB

**DECLARATION OF ASSISTANT DIRECTOR
MARC A. RAPP**

I, Marc A. Rapp, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge, experience as a law enforcement officer, and documents and information made known or available to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows:

1. I am providing this declaration in accordance with the orders issued by the U.S. District Court for the Northern District of Florida, Pensacola Division, in *Florida v. Mayorkas*, No. 23-9962 (N.D. Fla. May 16, 2023). ECF Nos. 31, 54, 58, 65. In the court's December 20th order, ICE shall (1) "provide an updated summary of the status of all 2,572 aliens who were released after the court enjoined the PWC policy—i.e.,

checked in and issued an NTA, checked in but not issued an NTA, or not checked in/unaccounted for;" (2) "provide an updated summary chart of the check-in locations;" (3) "identify the number of unaccounted for aliens who have checked in since the last report, along with the date and location of the check-in, whether an NTA was issued at check in, and whether any enforcement action was taken against the alien other than the issuance of an NTA;" (4) "identify the number of aliens who have been issued an NTA since the last report, along with when and how the NTA was issued, whether the alien was released or detained after the NTA was issued, and what legal authority the releases were based;" and (5) "identify how many of the 2,572 aliens who were released after the PWC policy was enjoined are still in the country and, of those, how many are detained." ECF No. 65.

2. This declaration is based upon my personal knowledge and information obtained from other individuals employed by ICE and DHS records. This declaration also incorporates the information previously provided in prior declarations filed by ICE with the Defendant's Response to the Court's May 16 and 22, 2023 Orders. ECF Nos. 53, 55, 56.

3. Attached hereto as Exhibit 1 is a true and accurate copy of "Parole with Conditions (PAWC) Report_12082023" that ICE generated on January 11, 2024, at 4:35 PM in response to the Orders. This report is based on data provided by U.S. Customs and Border Protection (CBP), which identified 2,572 noncitizens released after 11:59 pm on May 11, 2023, and processed under the memorandum from Raul L. Ortiz, former Chief, U.S. Border Patrol, *Policy on Parole with Conditions in Limited Circumstances Prior to the Issuance of a Charging Document (Parole with Conditions)* (May 10,

2023)..[1]

4. Understanding that these reports shall be filed on the public docket, this information has been anonymized to ensure the personal identifying information of the noncitizens remains private. ERO Law Enforcement System and Analysis (LESA) Statistical Tracking Unit (STU) considered ICE guidance for the identification and disclosure of information protected by 8 U.S.C. § 1367 (Section 1367) in its analysis and did not identify noncitizens with protected status for this production.

5. In response to question number one, the attached data shows that of the 2,572 noncitizens identified in this cohort, as of January 4, 2024, 2,538 have checked in with ICE, while 34 have not checked in.

6. In response to question number two: below is a breakdown of the number of noncitizens who checked in with specific ICE ERO Offices:

| Check-In Location | Count |
|---|---|
| Atlanta, GA | 141 |
| Baltimore, MD | 47 |
| Boston, MA | 209 |
| Buffalo, NY | 15 |
| Chicago, IL | 251 |
| Dallas, TX | 120 |
| Denver, CO | 101 |
| Detroit, MI | 72 |
| El Paso, TX | 24 |
| Houston, TX | 51 |
| Los Angeles, CA | 103 |
| Miami, FL | 174 |
| New Orleans, LA | 93 |
| New York City, NY | 440 |
| Newark, NJ | 141 |

---

[1] This report attached as Exhibit 1 reflects data from the following sources: 1) The Unified Immigration Portal (UIP); 2) Check in and charging document data extracted from the Enforcement Integrated Database (EID); 3) FOAS data; 4) EARM data; 5) EOIR data; 6) ECCO data, or 7) OCOA data.

| | |
|---|---|
| Philadelphia, PA | 62 |
| Phoenix, AZ | 26 |
| Salt Lake City, UT | 58 |
| San Antonio, TX | 47 |
| San Diego, CA | 6 |
| San Francisco, CA | 169 |
| Seattle, WA | 49 |
| St. Paul, MN | 42 |
| Washington, DC | 97 |
| **Total** | **2,538** |

Please note that the "Check-In Location" for an in-person check-in reflects the Area of Responsibility (AOR) where it occurred and for an online check-in, Check-in Location reflects the location where the appointment was made.

7. In response to question three, there are zero new check-ins since the prior report.

8. In response to question four, out of the 2,538 noncitizens who have checked in, 2,183 individuals have been served with a charging document. There are 49 new charging documents issued since the prior report. The 49 new charging documents were served via mail and therefore, no enforcement action was taken at the time of NTA service.

9. In response to question five, eight noncitizens were removed by ICE or ICE has verified their departure from the United States. One noncitizen is currently detained in ICE custody. ICE cannot provide additional information on the remaining individuals as ICE does not have the ability to readily confirm when an individual leaves the United States except through removal efforts or verified departures.

Executed this 18th day of January 2024, in Washington, D.C.

                                                 _____
                                                 Marc A. Rapp
                                                 Assistant Director
                                                 Law Enforcement Systems and Analysis
                                                 Enforcement and Removal Operations
                                                 U.S. Immigration and Customs Enforcement
                                                 U.S. Department of Homeland Security