

## Florida v. Biden II: Parole with Conditions Reporting

- UIP data extract as of 08/03/2023; timeframe of releases (03/21/2021 - 02/04/2024).
- Check in and charging document data extracted from EID as of 02/04/2024.
- FOAS data current as of 02/04/2024. EARM data current as of 02/04/2024.
- EOIR data current as of 02/04/2024.
- ECCO data current as of 01/31/2024.
- OCOA data current as of 02/04/2024.
- USCIS Global I-589 data current as of 02/02/2024.

- ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment record created in the Field Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) Alien Removal Module (EARM): When at least one member of a family unit checked in, then all are given credit for a Check-In; 2) PD Release made contact with an ICE office as instructed or was subsequently encountered which resulted in an enforcement action; 3) PD Release had a Docket Status of Case Received in EOIR (Executive Office for Immigration Review); 4) PD Release contacted ERO Contact Center of Operations (ECCO) via Detention Reporting Information Line (DRIL); 5) PD Release had a charging document issued (CDI); 6) PD Release opted in for a mailout Notice to Appear (NTA) via the Online Change of Address (OCOA) tool. 7) PD Release submitted application with USCIS for adjustment in immigration status.
- The "Check-In Location" for an in-person check-in reflects the AOR where the in-person check-in occurred. The "Check-In Location" for an online check-in reflects the location where the appointment was made.
- For the purposes of this report, ICE defines 'CDI-Issued' when EOIR/UIP status indicates 'Accepted', 'Uploaded', or 'Rejected'

**Table 1. Check-In Location for Checkins (as of 02/04/2024)**

| Check-In Location | Count |
|---|---|
| Atlanta, GA | 141 |
| Baltimore, MD | 49 |
| Boston, MA | 200 |
| Buffalo, NY | 19 |
| Chicago, IL | 253 |
| Dallas, TX | 120 |
| Denver, CO | 95 |
| Detroit, MI | 73 |
| El Paso, TX | 24 |
| Houston, TX | 52 |
| Los Angeles, CA | 103 |
| Miami, FL | 177 |
| New Orleans, LA | 93 |
| New York City, NY | 427 |
| Newark, NJ | 140 |
| Philadelphia, PA | 62 |
| Phoenix, AZ | 27 |
| Salt Lake City, UT | 59 |
| San Antonio, TX | 47 |
| San Diego, CA | 6 |
| San Francisco, CA | 170 |
| Seattle, WA | 49 |
| St. Paul, MN | 43 |
| Washington, DC | 97 |
| **Total** | **2,540** |

**ERO LESA Strategy and Operations Analysis Unit**
**For Official Use Only (FOUO)/Pre-decisional**
*This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO)*

## Florida v. Biden II: Parole with Conditions Reporting

- UIP data extract as of 08/03/2023; timeframe of releases (03/21/2021 - 02/04/2024).
- Check in and charging document data extracted from EID as of 02/04/2024.
- FOAS data current as of 02/04/2024. EARM data current as of 02/04/2024.
- EOIR data current as of 02/06/2024.
- ECCO data current as of 01/31/2024.
- OCOA data current as of 02/04/2024.
- USCIS Global I-589 data current as of 02/02/2024.

- ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment record created in the Field Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) Alien Removal Module (EARM): When at least one member of a family unit checked in, then all are given credit for a Check-In; 2) PD Release made contact with an ICE office as instructed or was subsequently encountered which resulted in an enforcement action; 3) PD Release had a Docket Status of Case Received in EOIR (Executive Office for Immigration Review); 4) PD Release contacted ERO Contact Center of Operations (ECCO) via Detention Reporting Information Line (DRIL); 5) PD Release had a charging document issued (CDI) ; 6) PD Release opted in for a mailout Notice to Appear (NTA) via the Online Change of Address (OCOA) tool. 7) PD Release submitted application with USCIS for adjustment in immigration status.
- The "Check-In Location" for an in-person check-in reflects the AOR where the in-person check-in occurred. The "Check-In Location" for an online check-in reflects the location where the appointment was made.
- For the purposes of this report, ICE defines 'CDI-Issued' when EOIR/UIP status indicates 'Accepted', 'Uploaded', or 'Rejected'

**Table 3. CDI Issued since Last Report (as of 02/04/2024)**

| Issue Date | Service Type | Check-In Location | Detained Ater NTA Issued | Released After NTA Issued | Release Type | Legal Authority of Release after NTA |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 1/24/2024 | Served in Person | Los Angeles, CA | No | N/A | N/A | N/A |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2/2/2024 | Served in Person | New York City, NY | Yes | Yes | OREC | Section 236 of the INA and the applicable provisions of Title 8 of the Code of Federal Regulations |

**ERO-LESA Statistical Tracking Unit**
**For Official Use Only (FOUO)/Pre-decisional**
**ERO TASKER - 24125268 | Court-ordered monthly reporting – Florida II - challenge to parole with conditions**

ICE National Docket data are a snapshot as of 02/04/2024 (IIDS v2.0 run date 02/05/2024; EID as of 02/04/2024).

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.

Departed indicates that the noncitizen has departed the country according to information entered in the ICE system of record.

**Noncitizens who were Released After the PWC Policy (Currently Detained or Departed)**

| Population | Count |
|---|---|
| Total | 12 |
| Currently Detained | 1 |
| Departed | 11 |