UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                      Case No. 3:23-cv-9962-TWK-ZCB

ALEJANDRO MAYORKAS;
et. al,

    Defendants.

## DEFENDANTS' MARCH 2024 SUPPLEMENTAL REPORT

In accordance with the Court's December 20, 2023 Order (ECF No. 65), Defendants submit the attached Declaration of Marc A. Rapp ("Rapp Decl.") with attached reporting data. The Court's most recent order required Defendants' subsequent reports to focus on the 438 noncitizens who are either "unaccounted for" or have not been issued a Notice to Appear ("NTA") as of Defendants' December 2023 supplemental report, in lieu of the information required by prior orders. ECF No. 65. Specifically, the Court required Defendants report the following information in regard to the 2,572 noncitizens who were released from U.S. Customs and Border Protection ("CBP") after 11:59 p.m. ET on May 11, 2023: (1) an updated summary of the status of all 2,572 noncitizens who were released after the Court enjoined the PWC policy—i.e., checked in and issued an NTA, checked in but not issued an NTA,

1

or not checked in/unaccounted for; (2) an updated summary chart of the check-in locations; (3) the number of unaccounted for noncitizens who have checked in since the last report, along with the date and location of the check-in, whether an NTA was issued at check-in, and whether any enforcement action was taken against the noncitizen other than the issuance of an NTA; (4) the number of noncitizens who have been issued an NTA since the last report, along with when and how the NTA was issued, whether the alien was released or detained after the NTA was issued, and what legal authority the release were based; and (5) how many of 2,572 noncitizens who were released after the PWC policy was enjoined are still in the country and, of those, how many are detained. ECF No. 65.

As explained in the attached declaration of Marc A. Rapp, in response to the Court's first question, ICE reports that of the 2,572 noncitizens identified for this reporting, 2,541 have checked in with ICE, while 31 have not checked in. Rapp Decl. ¶ 5. Out of the 2,540 noncitizens who have checked in, 2,198 individuals have been served with a charging document currently pending on an EOIR docket, and 342 individuals have not yet been served with a charging document currently pending on an EOIR docket even though they have checked in. *Id.* ¶ 8.

In response to the Court's second question, ICE provides the following breakdown of the number of noncitizens who checked in with specific ICE ERO Offices:

| Check-In Location | Count |
|---|---|
| Atlanta, GA | 146 |
| Baltimore, MD | 48 |
| Boston, MA | 203 |
| Buffalo, NY | 16 |
| Chicago, IL | 252 |
| Dallas, TX | 122 |
| Denver, CO | 100 |
| Detroit, MI | 71 |
| El Paso, TX | 24 |
| Houston, TX | 62 |
| Los Angeles, CA | 100 |
| Miami, FL | 170 |
| New Orleans, LA | 84 |
| New York City, NY | 428 |
| Newark, NJ | 147 |
| Philadelphia, PA | 59 |
| Phoenix, AZ | 25 |
| Salt Lake City, UT | 64 |
| San Antonio, TX | 44 |
| San Diego, CA | 7 |
| San Francisco, CA | 177 |
| Seattle, WA | 50 |
| St. Paul, MN | 43 |
| Washington, DC | 99 |
| **Total** | **2,541** |

*Id.* ¶ 6. The "Check-In Location" for an in-person check-in reflects the Area of Responsibility (AOR) where it occurred. *Id.* For an online check-in, "Check-in Location" reflects the location where the appointment was made. *Id.*

In response to the Court's third question, ICE reports that there was one new check-in since the last report. *Id.* ¶ 7. This check-in was a subsequent encounter by a

3

local law enforcement agency which was documented electronically by ICE on February 9, 2024, in San Antonio, TX with no NTA issued or other action taken by ICE at that time. *Id*.

In response to the Court's fourth question, out of the 2,540 noncitizens who have checked in, 2,198 individuals have been served with a charging document. *Id.* ¶ 8. There were nine (9) new charging documents issued since last month's report. *Id.* Two of the nine new charging documents were served via mail and, therefore, no enforcement action was taken at the time of NTA service. *Id.* The remaining seven charging documents were served in person, and no additional actions were taken at the time of the NTA service. *Id.*

In response to the Court's fifth question, 13 noncitizens were removed by ICE or ICE has verified their departure from the United States, or they are deceased. *Id.* ¶ 9. Zero noncitizens are currently detained in ICE custody. *Id.* ICE cannot provide additional information on the remaining individuals as ICE does not have the ability to readily confirm when an individual leaves the United States except through removal efforts or verified departures. *Id.*

| | |
|---|---|
| Date: March 21, 2024 | Respectfully submitted, |
| JASON R. COODY<br>*United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney* | WILLIAM C. PEACHEY<br>*Director* |

Northern District of Florida

EREZ REUVENI
*Counsel*

BRIAN C. WARD
*Senior Litigation Counsel*

ERIN T. RYAN
JOSEPH A. DARROW
*Trial Attorneys*

/s/ *Elissa P. Fudim*
ELISSA P. FUDIM
*Trial Attorney*
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
Elissa.p.fudim@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

/s/ *Elissa P. Fudim*
ELISSA P. FUDIM
Trial Attorney
United States Department of Justice
Civil Division