# ERO LESA Strategy and Operations Analysis Unit
**For Official Use Only (FOUO)/Pre-decisional**

*This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).*

## Florida v. Biden II: Parole with Conditions Reporting

- UIP data extract as of 08/03/2023; timeframe of releases (03/21/2021 - 03/12/2024).
- Check in and charging document data extracted from EID as of 03/12/2024.
- FOAS data current as of 03/12/2024. EARM data current as of 03/12/2024.
- EOIR data current as of 03/12/2024.
- ECCO data current as of 02/29/2024.
- OCOA data current as of 03/12/2024.
- USCIS Global I-589 data current as of 03/12/2024.

- ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment record created in the Field Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) Alien Removal Modul for Immigration Review); 4) PD Release contacted ERO Contact Center of Operations (ECCO) via Detention Reporting Information Line (DRIL); 5) PD Release had a charging document issued (CDI) ; 6) PD Release opted in for a mailout N
- The "Check-In Location" for an in-person check-in reflects the AOR where the in-person check-in occurred. The "Check-In Location" for an online check-in reflects the location where the appointment was made.
- For the purposes of this report, ICE defines 'CDI-Issued' when EOIR/UIP status indicates 'Accepted', 'Uploaded', or 'Rejected'

**Table 3. CDI Issued since Last Report (as of 03/12/2024)**

| Issue Date | Service Type | Check-In Location | Detained Ater NTA Issued | Released After NTA Issued | Release Type |
|---|---|---|---|---|---|
| 3/11/2024 | Served in Person | Seattle, WA | Yes, for purpose of NTA Issuance | Yes | OREC |
| 3/11/2024 | Served in Person | Seattle, WA | Yes, for purpose of NTA Issuance | Yes | OREC |
| 3/11/2024 | Served in Person | Seattle, WA | Yes, for purpose of NTA Issuance | Yes | OREC |
| 2/9/2024 | Served in Person | New York City, NY | Yes, for purpose of NTA Issuance | Yes | OREC |
| 9/27/2023 | Served in Person | Newark, NJ | Yes, for purpose of NTA Issuance | Yes | OREC |
| 3/5/2024 | Served by Regular Mail | Seattle, WA | No | N/A | N/A |
| 3/6/2024 | Served by Regular Mail | Seattle, WA | No | N/A | N/A |
| 2/9/2024 | Served in Person | Denver, CO | Yes, for purpose of NTA Issuance | Yes | OREC |
| 2/13/2024 | Served in Person | Dallas, TX | Yes, for purpose of NTA Issuance | Yes | OREC |