# ERO-LESA Statistical Tracking Unit
For Official Use Only (FOUO)/Pre-decisional

## ERO TASKER - 24125268 | Court-ordered monthly reporting - Florida II - challenge to parole with conditions

ICE National Docket data are a snapshot as of 03/12/2024 (IIDS v2.0 run date 03/12/2024; EID as of 03/12/2024).

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.

Departed indicates that the noncitizen has departed the country according to information entered in the ICE system of record.

### Noncitizens who were Released After the PWC Policy (Currently Detained or Departed)

| Population | Count |
|---|---|
| Total | 13 |
| Currently Detained | 0 |
| Departed | 13 |