UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

   v.                                                  Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

   *Defendants*.

_____/

## JOINT STATUS REPORT

Pursuant to this Court's September 27, 2023 Order, Doc. 59, the parties submit this joint status report regarding the status of Defendants' appeal in this case. The Eleventh Circuit heard oral argument on January 26, 2024. On February 14, 2024, the Eleventh Circuit remanded the case to this Court for the limited purpose of issuing an indicative order regarding whether the Court had jurisdiction in light of *United States v. Texas*, 599 U.S. 670 (2023). Doc. 67. Two days later, this Court issued an order finding that nothing in *United States v. Texas* undermined the Court's prior determination that it had jurisdiction over the case and sending the case back to the Eleventh Circuit where it remains pending. Doc. 68; Doc. 69. Accordingly, the parties agree the case should remain stayed pending the outcome of the appeal.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

*/s/ Natalie Christmas*
Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL

Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

JASON R. COODY
*United States Attorney General*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney*

WILLIAM C. PEACHEY
*Director*

EREZ REUVENI
*Counsel*

BRIAN C. WARD
*Senior Litigation Counsel*

ERIN T. RYAN
ELISSA P. FUDIM
*Trial Attorneys*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice
Office of Immigration Litigation District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-7537
Joseph.a.darrow@usdoj.gov

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I certify that on March 27, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all parties.

*/s/ Natalie Christmas*
Counselor to the Attorney General