## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

**v.**                          **Case No. 3:23cv9962-TKW-ZCB**

**ALEJANDRO MAYORKAS, et al.**,

    **Defendants**.

_____/

## ORDER EXTENDING STAY

Upon due consideration of the parties' joint status report (Doc. 72), it is **ORDERED** that this case remains stayed and:

1.    The parties shall file a status report 7 days after the Eleventh Circuit issues its decision (and every 60 days until then) indicating whether the stay should remain in effect, and if not, how the parties intend to proceed with this case.

2.    Defendants shall continue to file monthly status reports regarding the aliens released after the temporary restraining order went into effect as previously ordered.

**DONE and ORDERED** this 28th day of March, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**