[Page content is illegible at this resolution — appears to be a HHS/USA Strategy and Operations Analysis Unit report titled "Florida v. Biden KC Facility with Conditions Reporting" with a large data table that cannot be read.]







**ERO LESA Strategy and Operations Analysis Unit**
For Official Use Only (FOUO)/Pre-decisional
*This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).*

## Florida v. Biden II: Parole with Conditions Reporting

- UIP data extract as of 08/03/2023; timeframe of releases (03/21/2021 - 05/07/2024).
- Check in and charging document data extracted from EID as of 05/07/2024.
- FOAS data current as of 05/07/2024.
- EARM data current as of 05/07/2024.
- EOIR data current as of 005/07/2024.
- ECCO data current as of 05/02/2024.
- OCOA data current as of 05/07/2024.
- USCIS Global I-589 data current as of 05/07/2024.

- ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment record created in the Field Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) Alien Removal Module (EARM): When at least one member of a family unit checked in, then all are given credit for a Check-In; 2) PD Release made contact with an ICE office as instructed or was subsequently encountered which resulted in an enforcement action; 3) PD Release had a Docket Status of Case Received in EOIR (Executive Office for Immigration Review); 4) PD Release contacted ERO Contact Center of Operations (ECCO) via Detention Reporting Information Line (DRIL); 5) PD Release had a charging document issued (CDI); 6) PD Release opted in for a mailout Notice to Appear (NTA) via the Online Change of Address (OCOA) tool. 7) PD Release submitted application with USCIS for adjustment in immigration status.
- The "Check-In Location" for an in-person check-in reflects the AOR where the in-person check-in occurred. The "Check-In Location" for an online check-in reflects the location where the appointment was made.
- For the purposes of this report, ICE defines 'CDI-Issued' when EOIR/UIP status indicates 'Accepted', 'Uploaded', or 'Rejected'

**Table 1. Check-In Location for Checkins (as of 05/07/2024)**

| Check-In Location | Count |
|---|---|
| Atlanta, GA | 146 |
| Baltimore, MD | 49 |
| Boston, MA | 202 |
| Buffalo, NY | 17 |
| Chicago, IL | 255 |
| Dallas, TX | 119 |
| Denver, CO | 101 |
| Detroit, MI | 73 |
| El Paso, TX | 24 |
| Harlingen, TX | 1 |
| Houston, TX | 61 |
| Los Angeles, CA | 101 |
| Miami, FL | 175 |
| New Orleans, LA | 93 |
| New York City, NY | 420 |
| Newark, NJ | 147 |
| Philadelphia, PA | 50 |
| Phoenix, AZ | 25 |
| Salt Lake City, UT | 63 |
| San Antonio, TX | 46 |
| San Diego, CA | 7 |
| San Francisco, CA | 177 |
| Seattle, WA | 40 |
| St. Paul, MN | 43 |
| Washington, DC | 97 |
| Total | 2,547 |

**ERO LESA Strategy and Operations Analysis Unit**

**For Official Use Only (FOUO)/Pre-decisional**

*This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO)*

## Florida v. Biden II: Parole with Conditions Reporting

- UIP data extract as of 08/03/2023; timeframe of releases (03/21/2021 - 05/07/2024).
- Check-in and charging document data extracted from EID as of 05/07/2024.
- FOAS data current as of 05/07/2024.
- EARM data current as of 05/07/2024.
- EOIR data current as of 005/07/2024.
- ECCO data current as of 05/02/2024.
- OCOA data current as of 05/07/2024.
- USCIS Global I-589 data current as of 05/07/2024.

- ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment record created in the Field Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) Alien Removal Module (EARM): When at least one member of a family unit checked in, then all are given credit for a Check-In; 2) PD Release made contact with an ICE office as instructed or was subsequently encountered which resulted in an enforcement action; 3) PD Release had a Docket Status of Case Received in EOIR (Executive Office for Immigration Review); 4) PD Release contacted ERO Contact Center of Operations (ECCO) via Detention Reporting Information Line (DRIL); 5) PD Release had a charging document issued (CDI) ; 6) PD Release opted in for a mailout Notice to Appear (NTA) via the Online Change of Address (OCOA) tool. 7) PD Release submitted application with USCIS for adjustment in immigration status.
- The "Check-In Location" for an in-person check-in reflects the AOR where the in-person check-in occurred. The "Check-In Location" for an online check-in reflects the location where the appointment was made.
- For the purposes of this report, ICE defines 'CDI-Issued' when EOIR/UIP status indicates 'Accepted', 'Uploaded', or 'Rejected'

**Table 3. CDI Issued since Last Report (as of 05/07/2024)**

| Issue Date | Service Type | Check-In Location | Detained Ater NTA Issued | Released After NTA Issued | Release Type | Legal Authority of Release after NTA |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## ERO-LESA Statistical Tracking Unit

**For Official Use Only (FOUO)/Pre-decisional**

**ERO TASKER - 24125268 | Court-ordered monthly reporting - Florida II - challenge to parole with conditions**

ICE National Docket data are a snapshot as of 05/07/2024 (IIDS v2.0 run date 05/07/2024; EID as of 05/07/2024).

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.

Departed indicates that the noncitizen has departed the country according to information entered in the ICE system of record.

### Noncitizens who were Released After the PWC Policy (Currently Detained or Departed)

| Population | Count |
| --- | --- |
| **Total** | **15** |
| Currently Detained | 1 |
| Departed | 14 |