# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

    v.                         Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

    *Defendants*.

_____/

## JOINT STATUS REPORT

Pursuant to this Court's March 28, 2024 Order, Doc. 73, the parties submit this joint status report regarding the status of Defendants' appeal in this case. After this Court issued its Order Regarding Jurisdiction, Doc. 68; Doc. 69, the Eleventh Circuit issued an order asking the parties to brief the following question: "In light of *United States v. Texas*, 599 U.S. 670 (2023), does Florida have standing to challenge the parole policies at issue in these cases?" *See Florida v. Mayorkas*, No. 23-11644, Doc. 70 (11th Cir. Apr. 8, 2024). The parties submitted briefs on May 6, 2024, and the appeal remains pending before the Eleventh Circuit. Accordingly, the parties agree the case should remain stayed pending the outcome of the appeal.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
SENIOR COUNSELOR

Darrick Monson (FBN 1041273)
ASSISTANT SOLICITOR GENERAL

Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

JASON R. COODY
*United States Attorney General*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney*

WILLIAM C. PEACHEY
*Director*

EREZ REUVENI
*Counsel*

BRIAN C. WARD
*Senior Litigation Counsel*

JOSEPH A. DARROW
ELISSA P. FUDIM
*Trial Attorneys*

/s/ *Erin T. Ryan*
ERIN T. RYAN
*Trial Attorney*
U.S. Department of Justice
Office of Immigration
Litigation District Court
Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-5802
Erin.t.ryan@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 28, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all parties.


*/s/ James H. Percival*
Chief of Staff