# ERO LESA Strategy and Operations Analysis Unit
**For Official Use Only (FOUO)/Pre-decisional**
*This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).*

## Florida v. Biden II: Parole with Conditions Reporting
• UIP data extract as of 07/03/2024; timeframe of releases (03/21/2021 - 07/03/2024).
• Check in and charging document data extracted from EID as of 07/03/2024.
• FOAS data current as of 07/03/2024.
• EARM data current as of 07/03/2024.
• EOIR data current as of 07/03/2024.
• ECCO data current as of 07/02/2024.
• OCOA data current as of 07/03/2024.
• USCIS Global I-589 data current as of 07/03/2024.

• ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment record created in the Field Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) Alien Removal Module (EARM): When at least one member of a family unit checked in, then all are given credit for a Check-In; 2) PD Release made contact with an ICE office as instructed or was subsequently encountered which resulted in an enforcement action; 3) PD Release had a Docket Status of Case Received in EOIR (Executive Office for Immigration Review); 4) PD Release contacted ERO Contact Center of Operations (ECCO) via Detention Reporting Information Line (DRIL); 5) PD Release had a charging document issued (CDI) ; 6) PD Release opted in for a mailout Notice to Appear (NTA) via the Online Change of Address (OCOA) tool. 7) PD Release submitted application with USCIS for adjustment in immigration status.
• The "Check-In Location" for an in-person check-in reflects the AOR where the in-person check-in occurred. The "Check-In Location" for an online check-in reflects the location where the appointment was made.
• For the purposes of this report, ICE defines 'CDI-Issued' when EOIR/UIP status indicates 'Accepted', 'Uploaded', or 'Rejected'

**Table 3. CDI Issued since Last Report (as of 07/03/2024)**

| Issue Date | Service Type | Check-In Location | Detained Ater NTA Issued | Released After NTA Issued | Release Type | Legal Authority of Release after NTA |
|---|---|---|---|---|---|---|
| 6/11/2024 | Served by Regular Mail | Chicago, IL | No | N/A | N/A | N/A |
| 6/6/2024 | Served by Regular Mail | Salt Lake City, UT | No | N/A | N/A | N/A |
| 6/18/2024 | Served in Person | Dallas, TX | Yes, for purpose of NTA Issuance | Yes | OREC | section 236 of the INA and the applicable provisions of Title 8 of the Code of Federal Regulations, |
| 6/10/2024 | Served by Regular Mail | Chicago, IL | No | N/A | N/A | N/A |
| 6/18/2024 | Served by Regular Mail | Dallas, TX | No | N/A | N/A | N/A |