UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

   v.                                       Case No. 3:23-cv-9962-TKW-ZCB

ALEJANDRO MAYORKAS, et al.,

   *Defendants*.

_____/

## **JOINT STATUS REPORT**

Pursuant to this Court's March 28, 2024 Order, Doc. 73, the parties submit this joint status report regarding the status of Defendants' appeal in this case. The case remains pending before the Eleventh Circuit following oral argument and supplemental briefing. *See* Doc. 72; Doc. 76. Accordingly, the parties agree the case should remain stayed pending the outcome of the appeal.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

*/s/ Natalie Christmas*
Natalie P. Christmas (FBN 1019180)
SENIOR COUNSELOR

Darrick Monson (FBN 1041273)
ASSISTANT SOLICITOR GENERAL

Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

2

JASON R. COODY
*United States Attorney General*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney*

WILLIAM C. PEACHEY
*Director*

EREZ REUVENI
*Counsel*

BRIAN C. WARD
*Senior Litigation Counsel*

ELISSA P. FUDIM
ERIN T. RYAN
*Trial Attorneys*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice
Office of Immigration
Litigation District Court
Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-7537
Joseph.a.darrow@usdoj.gov

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I certify that on July 29, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all parties.

*/s/ Natalie Christmas*
Senior Counselor
