## ERO LESA Strategy and Operations Analysis Unit
**For Official Use Only (FOUO)/Pre-decisional**

*This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).*

### Florida v. Biden II: Parole with Conditions Reporting
• UIP data extract as of 10/04/2024; timeframe of releases (03/21/2021 - 10/04/2024).
• Check in and charging document data extracted from EID as of 10/04/2024.
• FOAS data current as of 10/04/2024.
• EARM data current as of 10/04/2024.
• EOIR data current as of 10/04/2024.
• ECCO data current as of 10/03/2024.
• OCOA data current as of 10/04/2024.
• USCIS Global I-589 data current as of 10/04/2024.

• ICE defines Check-In when either: 1) Prosecutorial Discretion (PD) Release had an appointment record created in the Field Office Appointment Scheduler (FOAS) or Enforcement Case Tracking System (ENFORCE) Alien Removal Modul for Immigration Review); 4) PD Release contacted ERO Contact Center of Operations (ECCO) via Detention Reporting Information Line (DRIL); 5) PD Release had a charging document issued (CDI) ; 6) PD Release opted in for a mailout N
• The "Check-In Location" for an in-person check-in reflects the AOR where the in-person check-in occurred. The "Check-In Location" for an online check-in reflects the location where the appointment was made.
• For the purposes of this report, ICE defines 'CDI-Issued' when 1) EOIR/UIP status indicates 'Accepted', 'Uploaded', or 'Rejected' (i.e. issuance of an I-862 - Notice to Appear) or 2) a charging document was issued that would negate the need

**Table 3. CDI Issued since Last Report (as of 10/04/2024)**

| Issue Date | Service Type | Check-In Location | Detained Ater NTA Issued | Released After NTA Issued | Release Type |
|---|---|---|---|---|---|
| 9/25/2024 | Served by Regular Mail | New Orleans, LA | No | No | N/A |
| 9/25/2024 | Served by Regular Mail | New Orleans, LA | No | No | N/A |
| 9/23/2024 | Served in Person | Seattle, WA | Yes, for purpose of NTA Issuance | Yes | OREC |
| 9/3/2024 | Served by Regular Mail | Atlanta, GA | No | No | N/A |
| 9/25/2024 | Served by Regular Mail | New Orleans, LA | No | No | N/A |