# ERO-LESA Statistical Tracking Unit
## For Official Use Only (FOUO)/Pre-decisional

**ERO TASKER - 24098069 | Court-ordered monthly reporting (August) - Florida II - challenge to parole with conditions**

ICE National Docket data are a snapshot as of 10/04/2024 (IIDS v2.0 run date 10/04/2024; EID as of 10/04/2024).

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.

Departed indicates that the noncitizen has departed the country according to information entered in the ICE system of record.

**Noncitizens who were Released After the PWC Policy (Currently Detained or Departed)**

| Population | Count |
|---|---|
| **Total** | **19** |
| Currently Detained | 2 |
| Departed | 17 |