# ERO-LESA Statistical Tracking Unit
## For Official Use Only (FOUO)/Pre-decisional

### ERO TASKER - 25111057 | Court-ordered monthly reporting (December) - Florida II - challenge to parole with conditions

ICE National Docket data are a snapshot as of 12/05/2024 (IIDS v2.0 run date 12/05/2024; EID as of 12/05/2024).

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.

Departed indicates that the noncitizen has departed the country according to information entered in the ICE system of record.

**Noncitizens who were Released After the PWC Policy (Currently Detained or Departed)**

| Population | Count |
|---|---|
| Total | 18 |
| Currently Detained | 1 |
| Departed | 17 |