**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA,

    Plaintiff,

v.                             Case No.  3:23-cv-9962-TWK-ZCB

ALEJANDRO MAYORKAS;
et. al,

    Defendants.

_____

## MOTION TO WITHDRAW AS COUNSEL

    Pursuant to Local Rule 11.1(H)(1)(b), Sarah B. Fabian hereby moves for leave to withdraw as counsel for all Defendants. Ms. Fabian's employment with the U.S. Department of Justice will end on January 25, 2025. No Defendant objects to Ms. Fabian's withdrawal. Defendants will continue to be represented by Joseph Darrow and Elissa Fudim of the U.S. Department of Justice.

Date:  January 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

AUGUST FLENTJE
Deputy Director
Office of Immigration Litigation

EREZ REUVENI
Assistant Director

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-4824
sarah.b.fabian@usdoj.gov

*Counsel for Defendants*

2

## LOCAL RULE 7.1(B) CERTIFICATION

I certify that I have conferred with counsel for the State of Florida regarding this motion, and no party objects to this motion.

/s/ Sarah B. Fabian
Sarah B. Fabian

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

By: /s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel
United States Department of Justice
Civil Division