UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                                                    Case No. 3:23cv9962-TKW-ZCB

**ALEJANDRO MAYORKAS**, et al.,

    **Defendants**.

_____/

## ORDER

Plaintiff submitted a proposed consent decree (Doc. 129-1) on behalf of the parties to resolve this case.  The Court has no issue with substance of the proposed consent decree, but the copy submitted appears to be incomplete because it does not include the signatures of the "undersigned representative[s]" who, according to section XIII of the decree, executed it on behalf of the parties.  Accordingly, to avoid any potential issues should it become necessary to enforce the consent decree in the future, it is

**ORDERED** that within 7 days from the date of this Order, the parties shall file an addendum and/or new copy of the proposed consent decree showing that it has been executed by the parties' authorized representatives in accordance with section XIII of the decree.

**DONE and ORDERED** this 3rd day of February, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**